IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:24-cv-75-KDB-DCK

**KEENYA ELLIS,**

        **Plaintiff,**

v.

**GOHEALTH, LLC,**

        **Defendant.**

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1), the partes stipulate that this action is dismissed with prejudice, with the parties to bear their own costs.

This 2nd day of April, 2025.

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| */s/ Walter L. Bowers, Jr.* | */s/ Charles E. Johnson* |
| Walter L. Bowers, Jr. | Charles E. Johnson |
| N.C. Bar No. 47590 | N.C. Bar No. 9890 |
| WOODEN BOWERS, PLLC | Brendan P. Biffany |
| 10130 Mallard Creek Road, Suite 300 | N.C. Bar No. 54761 |
| Charlotte, North Carolina, 28262 | ROBINSON, BRADSHAW & HINSON, P.A. |
| Telephone: (704) 655-5838 | 101 North Tryon Street, Suite 1900 |
| wbowers@wbvlaw.com | Charlotte, North Carolina 28246 |
| | Telephone: (704) 377-2536 |
| | cejohnson@robinsonbradshaw.com |
| | bbiffany@robinsonbradshaw.com |
| | |
| | William J. Tarnow (*admitted pro hac vice*) |
| | Alissa J. Griffin (*admitted pro hac vice*) |
| | NEAL, GERBER & EISENBERG LLP |
| | 2 N. LaSalle Street, Suite 1700 |
| | Chicago, Illinois 60602 |
| | Telephone: (312) 269-8000 |
| | wtarnow@nge.com |
| | agriffin@nge.com |